

The provisions of Rule 4001(a)(3) shall apply and the creditor shall give the debtor notice of this order prior to the conduct of any foreclosure sale. Such notice may be given immediately upon entry of this order.

**Entered on Docket
July 02, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Services 2006-8 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc.
10-72420

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-20208-lbr |
|---|---|
| Thomas Witherby and Nida Witherby | Date:<br>Time: |
|  | Chapter 13 |
| Debtors |  |

### ORDER RE: EX-PARTE APPLICATION FOR AN ORDER PURSUANT TO 362(4)(A)(i)

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy has expired. Secured Creditor's, HSBC Bank USA, National Association as

Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Services 2006-8 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc., its assignees and/or successors in interest's, Ex-Parte Application for an Order Pursuant to 362(C)(4)(A)(i) has been considered by the court. The record reflects that the debtor had two (2) or more bankruptcy petitions pending within the one year period prior to the current filing and that all of the pending cases were dismissed. Pursuant to 362(4)(A)(i) the court confirms there is no stay.

Submitted by:

**WILDE & ASSOCIATES**

By:____/s/Gregory L. Wilde, Esq____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
David Krieger
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Kathleen A. Leavitt
Chapter 13 Trustee