

Entered on Docket
July 12, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

George Haines, Esq.
Nevada Bar No.: 9411
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Thomas L. Witherby and Nida A. Witherby

E-FILED: July 7, 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | ) Case No. BKS-10-20208-LBR<br>) Chapter 13<br>)<br>) |
| **Thomas L. Witherby and Nida A. Witherby**, | ) Hearing Date: July 21, 2010<br>) Hearing Time: 9:30 a.m.<br>)<br>) |
| Debtor(s). | )<br>) |

### ORDER SHORTENING TIME ON MOTION TO IMPOSE AUTOMATIC STAY

Upon the Debtors' **MOTION FOR ORDER SHORTENING TIME ON MOTION TO IMPOSE AUTOMATIC STAY** in the above-entitled action, and good cause appearing therefore,

…

…

…

…

- 1 -

- 2 -

IT IS HEREBY ORDERED that the time for hearing on the Debtors' **MOTION FOR ORDER SHORTENING TIME ON** filed herein by counsel for the Debtors be heard on the _21st_ day of _July_, 2010, at the hour of __9:30 a.m.__ in Courtroom #1 of the above-entitled Court.

DATED this ____ day of _____, 200_.

Submitted by:

HAINES & KRIEGER, L.L.C.

By: /s/George Haines, Esq.
George Haines, Esq.
Attorney for Debtor(s)

###