**BK Attorney Services, LLC**

BK Attorney Services, LLC
PO Box 1028
Davenport, WA  99122

# CERTIFICATE OF SERVICE

| DATE RECEIVED: Jul 13, 2010 | TIME RECEIVED: 10:37AM | TOTAL SERVED: 43 |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:   Thomas L. Witherby
         Nida A. Witherby

CASE NO: 10-20208

CERTIFICATE OF SERVICE

ATTORNEY/TRUSTEE:   Haines & Krieger, LLC
ADDRESS             1020 Garces Ave
                    Las Vegas, NV 89101

On Tuesday, July 13, 2010, a copy of the following documents, described below,

**Motion**
**Affidavit**
**Exhibit Form of Order**
**Notice**
**Signed OST**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

The undersigned does hereby declare under penalty of perjury that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: July 13, 2010

*/s/ Jessica Freeze/*

Jessica Freeze
BK Attorney Services, LLC
An Authorized Notice Provider for
the United States Bankruptcy Courts

*Certificate of Service*

```
Label Matrix for local noticing          United States Bankruptcy Court      (p)BMW FINANCIAL SERVICES
0978-2                                   300 Las Vegas Blvd., South          CUSTOMER SERVICE CENTER
Case 10-20208-lbr                        Las Vegas, NV 89101-5833            PO BOX 3608
District of Nevada                                                           DUBLIN OH 43016-0306
Las Vegas
Tue Jul 13 11:27:35 PDT 2010

Chase                                    Chase                               Chase Manhattan
Acct No xxxxxxxx3777                     Acct No xxxxxxxx3777                Acct No xxxxxxxxxx0604
14800 Frye Road                          201 N Central Ave                   201 N Walnut St # De1-10
Fort Worth, TX 76155-2732                Floor 11                            Wilmington, DE 19801-2920
                                         Phoenix, AZ 85004-1071

Chase Manhattan                          Discover Bank                       Discover Fin Svcs Llc
Acct No xxxxxxxxxx0604                   Dfs Services LLC                    Acct No xxxxxxxx2902
Attn:  Bankruptcy Research Dept          PO Box 3025                         Po Box 15316
3415 Vision Dr                           New Albany, OH  43054-3025          Wilmington, DE 19850-5316
Columbus, OH 43219-6009

Fcnb/mastertrust                         Flagstar Bank                       Flagstar Bank
Acct No xxxxxxxxxxxx3561                 Acct No xxxxxxxx2544                Acct No xxxxxxxx2544
Po Box 3412                              5151 Corporate Drive                Attn: Bankruptcy Dept MS-S144-3
Omaha, NE 68103-0412                     Troy, MI 48098-2639                 5151 Corporate Dr
                                                                             Troy, MI 48098-2639

GMAC                                     GMAC                                Ganis Credit Corp
Acct No xxxxx3127                        Acct No xxxxx3127                   Acct No xxxxxx6867
3451 Hammond Ave                         Attention:  Bankruptcy Dept.        600 Anton Blvd Fl 20
Waterloo, IA 50702-5345                  1100 Virginia Drive                 Costa Mesa, CA 92626-7221
                                         Fort Washington, PA 19034-3204

(c)GREEN TREE SERVICING L                (c)GREEN TREE SERVICING L           HSBC Bank USA
ACCT NO XXXX5241                         ACCT NO XXXX6068                    9510 West Sahara Avenue Suite 110
332 MINNESOTA ST STE E610                332 MINNESOTA ST STE E610           Las Vegas, NV 89117-8804
SAINT PAUL MN  55101-1311                SAINT PAUL MN  55101-1311

(p)INTERNAL REVENUE SERVICE              NCO Financial Systems               NCO Financial Systems
CENTRALIZED INSOLVENCY OPERATIONS        Acct No xxxx9587                    Acct No xxxx9587
PO BOX 21126                             507 Prudential Road                 Po Box 41726
PHILADELPHIA PA 19114-0326               Horsham, PA 19044-2308              Philadelphia, PA 19101

Onyx Acceptance Corp                     Onyx Acceptance Corp                Onyx Acceptance Corp
Acct No xxxxxx7467                       Acct No xxxxxx7467                  Acct No xxxxxxxx1892
27051 Towne Centre Dr                    C/O Tsys Debt Management            27051 Towne Centre Dr
Foothill Ranch, CA 92610-2804            Po Box 5155                         Foothill Ranch, CA 92610-2804
                                         Norcross, GA 30091-5155

Onyx Acceptance Corp                     Sst/gswhln                          Toyota Motor Credit Co
Acct No xxxxxxxx1892                     Acct No xxxx8077                    Acct No xxxxxxxxxxxx0001
C/O Tsys Debt Management                 201 N Walnut St # De1-10            10040 N 25th Ave Ste 200
Po Box 5155                              Wilmington, DE 19801-2920           Phoenix, AZ 85021-1648
Norcross, GA 30091-5155

(p)VOLKSWAGEN CREDIT UNION               Washington Mutual / Providian       Washington Mutual / Providian
1401 FRANKLIN BLVD                       Acct No xxxxxxxx6306                Acct No xxxxxxxx6306
LIBERTYVILLE IL 60048-4460               Attn: Bankruptcy Dept.              Bank One Card Serv
                                         Po Box 10467                        Westerville, OH 43081
                                         Greenville, SC 29603-0467
```

| | | |
|---|---|---|
| Wells Fargo<br>Acct No xxxxxxxxxxxx0001<br>Po Box 60510<br>Los Angeles, CA 90060-0510 | Wells Fargo<br>Acct No xxxxxxxxxxxx0001<br>Po Box 94435<br>Albuquerque, NM 87199-4435 | Wells Fargo Bank Nv Na<br>Acct No xxxxxxxxxxxx1998<br>Po Box 31557<br>Billings, MT 59107-1557 |
| Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306-9210 | Wells Fargo Card Ser<br>Acct No xxxxxxxx1403<br>Po Box 5058<br>Portland, OR 97208-5058 | Wells Fargo Card Ser<br>Acct No xxxxxxxx1403<br>Po Box 5445<br>Portland, OR 97228-5445 |
| Wells Fargo Hm Mortgag<br>Acct No xxxxxxxxx6835<br>8480 Stagecoach Cir<br>Frederick, MD 21701-4747 | Wells Fargo Hm Mortgag<br>Acct No xxxxxxxxx7881<br>8480 Stagecoach Cir<br>Frederick, MD 21701-4747 | Wells Fargo Home Mtg<br>Acct No 7881<br>Attention: Bankruptcy Department<br>MAC-X<br>3476 Stateview Boulevard<br>Fort Mill, SC 29715-7203 |
| (p)WACHOVIA DEALER SERVICES INC<br>BK DEPARTMENT<br>PO BOX 19657<br>IRVINE CA 92623-9657 | Wilshire Credit Corp<br>Acct No xx4978<br>1776 Sw Madison St<br>Portland, OR 97205-1715 | Wilshire Credit Corp<br>Acct No xx4978<br>Attention:  Bankruptcy Department<br>Po Box 8517<br>Portland, OH 97207-8517 |
| ~~DAVID KRIEGER~~<br>~~HAINES & KRIEGER, L.L.C~~<br>~~1020 GARCES AVE.~~<br>~~LAS VEGAS, NV 89101-7020~~ | NIDA A WITHERBY<br>10674 CALLINGTON WAY<br>LAS VEGAS, NV 89183-4554 | RICK A. YARNALL<br>701 BRIDGER AVE., #820<br>LAS VEGAS, NV 89101-8943 |
| THOMAS L WITHERBY<br>10674 CALLINGTON WAY<br>LAS VEGAS, NV 89183-4554 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bmw Financial Services<br>Acct No xxxxxx5716<br>5515 Parkcenter Cir<br>Dublin, OH 43017 | (d)Bmw Financial Services<br>Acct No xxxxxx5716<br>Po Box 3608<br>Dublin, OH 43016 | IRS<br>PO Box 21126<br>Insolvency<br>Philadelphia, PA 19114-0326 |
| Volkswagon Credit Inc<br>Acct No xxxxx0588<br>1401 Franklin Blvd<br>Libertyville, IL 60048 | (d)Volkswagon Credit Inc<br>Acct No xxxxx0588<br>2333 Waukeegan Rd<br>Deerfield, IL 60015 | Wfs Financial/Wachovia Dealer Services<br>Acct No xxxxxxxx0195<br>Po Box 1697<br>Winterville, NC 28590 |
| (d)Wfs Financial/Wachovia Dealer Services<br>Acct No xxxxxxxx0195<br>Po Box 19657<br>Irvine, CA 92623 | (d)Wfs Financial/Wachovia Dealer Services<br>Acct No xxxxxxxx6910<br>Po Box 1697<br>Winterville, NC 28590 | (d)Wfs Financial/Wachovia Dealer Services<br>Acct No xxxxxxxx6910<br>Po Box 19657<br>Irvine, CA 92623 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Green Tree Servicing L
Acct No xxxx5241
332 Minnesota St Ste 610
Saint Paul, MN 55101

Green Tree Servicing L
Acct No xxxx6068
332 Minnesota St Ste 610
Saint Paul, MN 55101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)HSBC BANK USA, NATIONAL ASSOCIATION

(u)Amtrust Bank
Acct No xxxxx9203

(u)Amtrust Bank
Acct No xxxxx9468

(u)San Rafael HOA

(u)Toyota Motor Credit Co
Acct No xxxxxxxxxxxx0001
Must call 800-874-8822 for mailing addre

End of Label Matrix
Mailable recipients    45
Bypassed recipients     5
Total                  50