

Entered on Docket
July 28, 2010

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

George Haines, Esq.  
Nevada Bar No. 9411  
David Krieger, Esq.  
Nevada Bar No. 9086  
HAINES & KRIEGER, LLC  
1020 Garces Ave.  
Las Vegas, NV 89101  
Phone: (702) 880-5554  
FAX: (702) 385-5518  
Email: info@hainesandkrieger.com  
Attorney for Thomas L. Witherby and Nida A. Witherby

E-FILED: July 23, 2010

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In Re: | ) Case No. BKS-10-20208-LBR |
|---|---|
| | ) Chapter 13 |
| **Thomas L. Witherby and Nida A. Witherby**, | ) Hearing Date: July 21, 2010 |
| | ) Hearing Time: 9:30 a.m. |
| Debtors(s). | ) |

### ORDER ON DEBTORS' MOTION TO CONTINUE IMPOSITION OF THE AUTOMATIC STAY TO ALL CREDITORS

**THE DEBTORS'S MOTION TO CONTINUE IMPOSITION OF THE AUTOMATIC STAY TO ALL CREDITORS** filed by the Debtors, having come on for hearing on the date and time above, the Court having considered any objections filed or raised at the hearing, it is hereby:

ORDERED that:

1. This stay under § 362(a) shall continue to be imposed as to <u>all</u> creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under § 362(c)(1) or (c)(2), or a motion for relief is granted under § 362(d) or other Order.

Dated: July 23, 2010

/s/George Haines, Esq.
George Haines, Esq.
Attorney for Debtors(s)

**ALTERNATIVE METHOD re: RULE 9021**:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any Trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

___ This is a Chapter 9, 11 or 15 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_x__ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections

###