

Entered on Docket
October 07, 2010

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

George Haines, Esq.
Nevada Bar No.: 9411
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Thomas L. Witherby and Nida A. Witherby

E-FILED: October 1, 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re:                                           | )  Case No. BKS-10-20208-LBR |
|                                                  | )  Chapter 13                |
| **Thomas L. Witherby and Nida A. Witherby**,    | )                            |
|                                    Debtor(s).   | )                            |

### EX- PARTE ORDER TO DISMISS CHAPTER 13 CASE

COME NOW, Debtors, **Thomas L. Witherby and Nida A. Witherby** by and through attorney of record, George Haines, Esq., and hereby elects pursuant to 11 U.S.C. § 1307(b), to dismiss the above-captioned case.  The Debtor is entitled to dismiss this case because:

1. This case, filed on June 01, 2010, is a case under Chapter 13 of the Bankruptcy Code.

- 1 -

2. This case has not been previously converted under Section 706 or 1112 of the Bankruptcy Code.

**IT IS THEREFORE ORDERED** that Case No. 10-20208-LBR is hereby dismissed.

Dated: October 1, 2010

/s/George Haines, Esq.
George Haines, Esq.
Attorney for Debtor(s)

###